

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00123-CV

Kiera **MATHIS**,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI13518
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs of appeal are taxed against appellant because she is indigent.

SIGNED October 12, 2022.

_____
Rebeca C. Martinez, Chief Justice